FILED: November 15, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-1221

(A205-827-903)

_____

JOSE ANTONIO MARTINEZ

        Petitioner

v.

MERRICK B. GARLAND, Attorney General

        Respondent

----------------------------

AMERICAN CIVIL LIBERTIES UNION

        Amicus Curiae

and

PIERRE RILEY

        Amicus Supporting Petitioner

_____

O R D E R

_____

Upon consideration of Pierre Riley's motion for leave to file a brief of amicus curiae in support of petitioner Jose Antonio Martinez, the court grants the motion

and accepts the amicus brief as filed.

>For the Court
>
>/s/ Nwamaka Anowi, Clerk