FILED: December 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1221
(A205-827-903)

_____

JOSE ANTONIO MARTINEZ

  Petitioner

v.

MERRICK B. GARLAND, Attorney General

  Respondent

------------------------------

AMERICAN CIVIL LIBERTIES UNION

  Amicus Curiae

and

PIERRE RILEY

  Amicus Supporting Petitioner

_____

O R D E R

_____

Upon consideration of the joint motion for extension of time to file rehearing petition, the court grants the motion and extends the filing date to February 1, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk