UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1221
(A205-827-903)
_____

JOSE ANTONIO MARTINEZ

       Petitioner

v.

MERRICK B. GARLAND, Attorney General

       Respondent

----------------------------

AMERICAN CIVIL LIBERTIES UNION

       Amicus Curiae

and

PIERRE RILEY

       Amicus Supporting Petitioner

NATIONAL IMMIGRATION LITIGATION ALLIANCE; NATIONAL
IMMIGRANT JUSTICE CENTER; LEGAL AID JUSTICE CENTER; CHACON
CENTER FOR IMMIGRANT JUSTICE OF THE UNIVERSITY OF
MARYLAND CAREY SCHOOL OF LAW; PROFESSORS OF CIVIL

PROCEDURE AND FEDERAL COURTS RICHARD H. FRANKEL;
AMANDA FROST; DAVID HAUSMAN; HELEN HERSHKOFF; JOHN
HARLAND GIAMMATTEO; DAVID C. VLADECK; TIFFANY YANG;
BRONX DEFENDERS; BROOKLYN DEFENDER SERVICES; THE LEGAL
AID SOCIETY; MAKE THE ROAD NEW YORK

Amici Supporting Rehearing Petition

———————————

O R D E R

———————————

The court denies the petitions for rehearing en banc.

A requested poll of the court failed to produce a majority of judges in regular

active service and not disqualified who voted in favor of rehearing en banc.

Judge Wilkinson, Judge Niemeyer, Judge Agee, Judge Harris, Judge

Richardson, Judge Quattlebaum, Judge Rushing and Judge Heytens voted to deny

rehearing en banc. Chief Judge Diaz and Judge King, Judge Gregory, Judge Wynn,

Judge Thacker, and Judge Benjamin voted to grant rehearing en banc.

Entered at the direction of Judge Rushing.

For the Court

/s/ Nwamaka Anowi, Clerk