FILED: August 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1221
(A205-827-903)

_____

JOSE ANTONIO MARTINEZ

   Petitioner

v.

TODD BLANCHE, Acting Attorney General

   Respondent

----------------------------

AMERICAN CIVIL LIBERTIES UNION

   Amicus Curiae

and

PIERRE RILEY

   Amicus Supporting Petitioner

NATIONAL IMMIGRATION LITIGATION ALLIANCE; NATIONAL
IMMIGRANT JUSTICE CENTER; LEGAL AID JUSTICE CENTER; CHACON
CENTER FOR IMMIGRANT JUSTICE OF THE UNIVERSITY OF
MARYLAND CAREY SCHOOL OF LAW; PROFESSORS OF CIVIL
PROCEDURE AND FEDERAL COURTS RICHARD H. FRANKEL;
AMANDA FROST; DAVID HAUSMAN; HELEN HERSHKOFF; JOHN
HARLAND GIAMMATTEO; DAVID C. VLADECK; TIFFANY YANG;
BRONX DEFENDERS; BROOKLYN DEFENDER SERVICES; THE LEGAL

AID SOCIETY; MAKE THE ROAD NEW YORK

Amici Supporting Rehearing Petition

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing the response to 08/12/2026.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk