FILED: September 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-1221
(A205-827-903)

---

JOSE ANTONIO MARTINEZ

Petitioner

v.

TODD BLANCHE, Acting Attorney General

Respondent

----------------------------

AMERICAN CIVIL LIBERTIES UNION

Amicus Curiae

and

PIERRE RILEY

Amicus Supporting Petitioner

NATIONAL IMMIGRATION LITIGATION ALLIANCE; NATIONAL IMMIGRANT JUSTICE CENTER; LEGAL AID JUSTICE CENTER; CHACON CENTER FOR IMMIGRANT JUSTICE OF THE UNIVERSITY OF MARYLAND CAREY SCHOOL OF LAW; PROFESSORS OF CIVIL PROCEDURE AND FEDERAL COURTS RICHARD H. FRANKEL; AMANDA FROST; DAVID HAUSMAN; HELEN HERSHKOFF; JOHN HARLAND GIAMMATTEO; DAVID C. VLADECK; TIFFANY YANG; BRONX DEFENDERS; BROOKLYN DEFENDER SERVICES; THE LEGAL

AID SOCIETY; MAKE THE ROAD NEW YORK

Amici Supporting Rehearing Petition

---

ORDER

---

Upon consideration of petitioner's motion for leave to amend his petition for review to include the final order of removal issued on January 15, 2020, reinstating his July 23, 2018, removal order, the Court grants the motion. Petitioner shall file his amended petition no later than September 14, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk